# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES J. KUDRAKO, | |
| Plaintiff, | CIVIL ACTION NO. 3:14-CV-0618 |
| v. | (JUDGE CAPUTO) |
| RICHARD LEE, | (MAGISTRATE JUDGE CARLSON) |
| Defendant. | |

## ORDER

NOW, this 26th day of November, 2014, upon review of the Report and Recommendation of Magistrate Judge Martin C. Carlson (Doc. 12) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 12) is **ADOPTED.**

(2) Plaintiff's Complaint (Doc. 1) is **DISMISSED**.

(3) The Clerk of Court is instructed to mark this case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge

FILED
SCRANTON

NOV 26 2014

PER _____
DEPUTY CLERK